NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIQUITA M. TIRPAK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1083

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1087, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

ADAM STEINMETZ, Desmarais LLP, Washington, DC, argued for claimant-appellant.  Also represented by JUSTIN P.D. WILCOX; CHRISTOPHER ALDO PORCO, Porco Law, Lansing, MI.

AMANDA TANTUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented

by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2024
Date

Jarrett B. Perlow
Clerk of Court